IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Nancy Powers,<br><br>Plaintiff,<br><br>v.<br><br>Joseph Belluck, Taa Grays, Fernando Camacho, Stefano Cambareri, Brian Doyle, John Falk, Robin Golston, Nina Moore, Peter Moulton, Marvin Raskin, Brian Gotlieb,<br><br>Defendants. | ) | Case No. 6:26-cv-03509-JDA<br><br>**OPINION AND ORDER** |

This matter is before the Court on Plaintiff's Complaint and a Report and Recommendation ("Report") of the Magistrate Judge. [Docs. 1; 10.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings.

The Clerk docketed Plaintiff's pro se Complaint on August 17, 2026. [Doc. 1.] On September 29, 2026, the Magistrate Judge issued a Report recommending that the case be summarily dismissed with prejudice, without leave to amend, and without issuance and service of process. [Doc. 10.] In addition, the Magistrate Judge recommends that Plaintiff be sanctioned $405.00 based on Plaintiff's frivolous and malicious filings. [*Id.*] The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so. [*Id.* at 5.] Plaintiff has filed no objections, and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, this action is summarily DISMISSED with prejudice, without leave to amend, and without issuance and service of process. In addition, Plaintiff is sanctioned $405.00 for bringing this action. No future filings will be accepted from Plaintiff unless she includes proof that the sanctions have been satisfied with the initial documents submitted to the Court for filing.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

October 27, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.